UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF CONNECTICUT

## WAIVER OF INDICTMENT/ GUILTY PLEA

Honorable Thomas O. Farrish
United States Magistrate Judge
United States District Court
450 Main Street
Hartford, Connecticut

**Thursday, September 21, 2023**
**10:00 A.M.**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:23CR158(MPS) **RKALE** |
| v. | |
| ~~[redacted]~~ John Doe | 18 U.S.C. § 1951(a) – **COUNT ONE, TWO, THREE, FOUR** |
| Allison Near, Esq. | HOBBS ACT ROBBERY AND ATTEMPT TO COMMIT HOBBS ACT ROBBERY |
| | PENALTY: |
| | MAXIMUM 20 YRS OF IMPRISONMENT |
| | FINE OF $250,000 |
| | SUPERVISED RELEASE OF UP TO 3 YRS |
| | SPECIAL ASSESSMENT OF $100.00 |

TO: HONORABLE THOMAS O. FARRISH – UNITED STATES MAGISTRATE JUDGE
HONORABLE MICHAEL P. SHEA – CHIEF UNITED STATES DISTRICT JUDGE

CC: UNITED STATES MARSHAL'S OFFICE – HARTFORD
UNITED STATES CLERK'S OFFICE – HARTFORD
UNITED STATES PROBATION OFFICE – HARTFORD
SPECIAL AGENT ANDREW PAPPAS – FEDERAL BUREAU OF INVESTIGATION
ALLISON NEAR, ESQ., JACOB & DOW, LLC
   350 ORANGE STREET, NEW HAVEN, CT 06511